```
                                         FILED
                                  CLERK, U.S. DISTRICT COURT

                                       DEC 12 2008

                                  CENTRAL DISTRICT OF CALIFORNIA
                                  BY                  DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLENE MARIE HEACOCK, | NO. EDCV 08-996-CT |
| Plaintiff, | |
| | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that this matter is **REMANDED** pursuant to sentence four of 42 U.S.C. §405(g) to defendant Commissioner of Social Security for further administrative action consistent with the opinion and order filed concurrently with this judgment.

DATED: 12/12/08

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE